

# THE THIRTEENTH COURT OF APPEALS

13-18-00485-CV

Christus Spohn Health System Corporation d/b/a Christus Hospital Corpus Christi-Shoreline

v.

Jaime Daniel Gracia and Rachel Gracia

On Appeal from the
214th District Court of Nueces County, Texas
Trial Cause No. 2016DCV-1295-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court denying Spohn's plea to the jurisdiction REVERSED and RENDERS judgment in accordance with its opinion dismissing this case. Costs of the appeal are adjudged against appellees, Jaime Daniel Gracia and Rachel Gracia.

We further order this decision certified below for observance.

August 26, 2019